# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

May 8, 2001

**By the Court:**

| | |
|---|---|
| MIDDLE TENNESSEE NEWS COMPANY, INCORPORATED, doing business as AUSTIN BOOK AND MERCHANDISE, Plaintiff-Appellee, | ] Appeal from the United ] States District Court ] for the Southern District ] of Indiana, Indianapolis ] Division. |
| No. 00-2296 v. | ] ] No. 97 C 1944 |
| CHARNEL OF CINCINNATI, INCORPORATED, CHARNEL OF LOUISVILLE, INCORPORATED, CHARNEL COMPANY, INCORPORATED, et al., Defendants-Appellants. | ] ] Larry J. McKinney, ] Chief Judge. ] ] |

The opinion of this court issued on this date in this matter is corrected as follows:

Change caption, second party title from "Defendant-Appellants" to "Defendants-Appellants."